AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF California

David Johnson

v.

Zvezde and Yvonne Jakovleski

SUMMONS IN A CIVIL CASE

CASE NUMBER: 

CV 08 0837 BZ

TO: (Name and address of defendant)

Zvezde and Yvonne Jakoleski
21 Arbor Drive
Walnut Creek, CA  94596

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas N. Stewart, III
Attorney at Law
369 Blue Oak Lane, 2nd Floor
Clayton, CA  94517
Telephone (925) 672-8452
Telefax (925) 673-1729

an answer to the complaint which is herewith served upon you, within  20 (twenty)  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(BY) DEPUTY CLERK

DATE

FEB